COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE: | § | No. 08-22-00089-CV |
| | § | |
| DAVID EDWARD SAUCEDO II and MARIANA TERRAZAS SAUCEDO, Individually and on Behalf of I.S., a Minor Child, | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| Relators. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the Privilege Order of the trial court to a certain extent; but otherwise, as to all remaining parts, no error was shown. We conditionally grant mandamus relief in part to the extent we determine the Privilege Order includes certain overly broad language. As to the penultimate paragraph of the Privilege Order, we direct the trial court to solely withdraw the phrase stating: "and the information is not subject to subpoena or discovery and is not admissible as evidence in this civil judicial proceeding, as stated in § 160.007(e) of the Texas Occupations Code." Once that phrase is withdrawn, we further direct the trial court to insert the following in its place: "Plaintiffs are not prohibited from discovering or potentially admitting into evidence information which is sought from or has been obtained from alternative sources—but any such information remains subject to further objection by any party—where the information is not related to a medical peer review

committee, or other such body, or otherwise afforded protection under § 160.007(e) of the Texas Occupations Code." Lastly, we direct the trial court to sign the Privilege Order, as modified. As to all other extents, we deny mandamus relief against that order. We deny mandamus relief in its entirety as to Relator's complaints against the Amended Redaction Order.

IT IS SO ORDERED THIS 24TH DAY OF APRIL, 2023.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.